UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA CHEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>GRANT COUNTY; and D. ANGUS LEE, individually; and TAMMIE L. HECHLER,<br><br>                    Defendants. | NO.  CV-09-0329-EFS<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR AN INJUNCTION PURSUANT TO 28 U.S.C. 2283** |

A pretrial conference occurred in the above-captioned matter on July 27, 2011, in Richland, Washington.  Steven C. Lacy appeared on Plaintiff Teresa Chen's behalf; Defendants Grant County, D. Angus Lee, and Tammie L. Hechler were represented by Michael McFarland.  Before the Court was Defendants' Motion for an Injunction Pursuant to 28 U.S.C. § 2283, ECF No. 98.  On March 3, 2011, the Court dismissed Plaintiff's Family Medical Leave Act (FMLA), 29 U.S.C. 2611 et seq., claims - the basis for this Court's federal-question jurisdiction - but retained supplemental jurisdiction over Plaintiff's remaining state-law claims so that Plaintiff's "day in court" would not be delayed.  ECF No. 81.  And on March 24, 2011, the Court allowed Plaintiff to amend her Complaint to add a claim under Washington's Family Leave Act (WFLA), RCW 49.78 et seq.  ECF No. 93.  Plaintiff did not amend her Complaint, but instead

ORDER ~ 1

filed suit in Chelan County Superior Court, asserting a WFLA claim against Grant County on March 31, 2011.  *See* ECF No. 100, Ex. 1.

Defendants ask the Court to enter a permanent injunction under 28 U.S.C. § 2283, staying the related Chelan County Superior Court proceedings because a subsequent state-court judgment on Plaintiff's WFLA claim could conflict with this Court's previous dismissal of Plaintiff's FMLA claim.  Plaintiff opposes an injunction.[1]

At the hearing, the parties stipulated that Plaintiff would dismiss the Chelan County Superior Court proceedings with prejudice, thereby removing any potential conflict.  Based on this stipulation, **IT IS HEREBY ORDERED:**  Defendants' Motion for an Injunction Pursuant to 28 U.S.C. § 2283, **ECF No. 98**, is **DENIED AS MOOT.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies of this Order to counsel.

**DATED** this  28th   day of July 2011.


                              s/Edward F. Shea
                            EDWARD F. SHEA
                   UNITED STATES DISTRICT JUDGE


Q:\Civil\2009\329.injunction.wpd

---

[1] In the alternative, both parties ask the Court to dismiss Plaintiff's state-law claims so they can be re-filed in Chelan County Superior Court, where all her claims can proceed together.

ORDER – 2