AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TERESA CHEN,

                Plaintiff,

                   v.

GRANT COUNTY and D. ANGUS LEE,

               Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-329-EFS

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

August 24, 2011                               JAMES R. LARSEN
*Date*                                             *Clerk*
                                                s/ Cora Vargas
                                                *(By) Deputy Clerk*
                                                Cora Vargas